*Michael Goldberg* for appellants.
*David S. Konheim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of SYRACUSE GRADE CROSSING COMMISSION. NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION et al., Respondents.

Argued May 29, 1951; decided July 11, 1951.

*Kenneth F. Stone, Frederick L. Wheeler, Jacob Aronson, Paul Folger, Leo Manville, S. H. Hellenbrand* and *W. R. Stevens* for appellant.

*Joseph J. Doran, George H. Kenny* and *Sherman C. Ward* for Public Service Commission, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.